*(Supreme Court of Illinois. Grand Central Division.)*

### Isaac J. Ketchum

#### vs.

### Servetus N. Thorp.

(January Term, 1878.)

APPEAL. Motion to dismiss founded upon a clerical error of clerk denied.

DICKEY, J.:—

A motion in this case is made to dismiss the appeal. It was founded upon a clerical error of the clerk in preparing the transcript, which is corrected by an amendment on record. The motion is overruled.

#### NOTE.

See same case 91 Ill. 611.—Ed.